**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNY GERMAN ADAMS-GARCIA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO.<br>2:25 CR 82 |

**ORDER**

This matter is before me after the case was reassigned on August 17, 2026. [DE 38.] Before me are the findings and recommendation of Magistrate Judge Abizer Zanzi relating to Defendant Kenny German Adams-Garcia's plea of guilty to Counts 1 and 2 of his indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 19.] Following a hearing on the record on April 20, 2026, Judge Zanzi found that Defendant is competent to enter a plea; knowingly and voluntarily wishes to enter a plea to the charges; understands the nature of the charges to which the plea is offered; understands his rights and knowingly and intelligently waives them; understands the maximum possible penalties and any applicable mandatory minimum sentence; and understands that sentencing guidelines apply and that the Court may depart from the guidelines under some circumstances; understands that answers may later be used against him in prosecution for perjury or false statement; and an independent factual basis exists for the Defendant's plea to the charges. [DE 22.] Judge Zanzi recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence.

Neither party has filed a timely objection to Judge Zanzi's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Zanzi's findings and recommendation concerning Defendant Kenny German Adams-Garcia's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 22] in its entirety.

Defendant Kenny German Adams-Garcia is adjudged GUILTY of knowingly and intentionally possessing with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of what is commonly known as Fentanyl in violation of Title 21 U.S.C. § 841(a)(1), while having a prior conviction for a serious drug felony, in violation of Title 21 U.S.C. § 851, and of illegal reentry in violation of Title 8, U.S.C. § 1326(a) and § 1326(b)(2). The sentencing hearing is set for **August 27, 2026, at 9:00 A.M.** Hammond/Central time.

SO ORDERED.

ENTERED: August 19, 2026.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE